**PLAINTIFF'S EXHIBIT A**

## Comparison of Substantial Similarity

| "Sometimes" – by Elofsson and Spears | "SOMETIMES" - by Steve Wallace |
|---|---|
| You tell me you're in love with me | YOU tell me you're in love with me |
| like you can't take your pretty eyes away from me | Like you can't take your pretty eyes away from me |
| it's not that I don't <u>wanna</u> stay | It's not that I don't <u>want to</u> stay, |
| but every time you come too close I move away | But every time you come too close I move away |
| I wanna believe in <u>everything</u> that you say | I wanna believe in <u>everthing</u> that you say |
| <u>'cause</u> it sounds so good | <u>cause</u> it sounds so good |
| but if you really want me, move slow | But if you really want me, move slow |
| there's things about me you just have to know | There's things about me you just have to know |
| **CHORUS** | **CHORUS** |
| sometimes I run | Some times I run, |
| sometimes I hide | Sometimes I hide |
| sometimes I'm scared of you | Sometimes I'm scared of you |
| but all I really want is to hold you tight | But all I really want is to hold you tight |
| treat you right, be with you day and night | treat you right, be with you day and night |
| baby all I need is time | Baby all I need is time |
| | |
| I don't wanna be so shy | I don't wanna be so shy |
| every time that I'm alone I wonder why | Every time that I'm alone I wonder why |
| hope that you will wait for me | Hope that you will wait for me |
| you'll see that you're the only one for me | You'll see that you're the only one for me |
| I wanna believe in everything that you say | I wanna believe in everything that You say |
| <u>'cause</u> it sounds so good | <u>Cause</u> it sounds so good |
| but if you really want me, move slow | But if you really want me, move slow |
| there's things about me you just have to know | There's things about me you just have to know |
| **REPEAT CHORUS** | **REPEAT CHORUS** |
| | |
| I'll just hang around and you'll see | Just hang around and you'll see |
| there's nowhere I'd rather be | there's nowhere I'd rather be |
| if you love me, trust in me | if you love me, trust in me |
| the way that I trust in you | the way that I trust in you |
| **REPEAT CHORUS** <u>a couple times and fade out</u> | **REPEAT CHORUS** |