

Need a Guardian Angel? Get yours free: LifeMinders.com  Enter to Win $5000! Email [ ] GO!

Produced by Entertainment Drive's Starclubs                Business Development

Copyright © 1999 Britney Brands Inc. All rights reserved.

PLAINTIFF'S EXHIBIT ___B___