**Inbox for smw46012@yahoo.com**     Yahoo! - My Yahoo!    Options - Sign Out - Help

powered by COMPAQ    Mail    Addresses    Calendar    Notepad

**There's a job for you on YAHOO! Careers**
Choose from 1000s of job listings!

Reply | Reply All | Forward | as attachment     **Download** Attachments

Delete | Next | Inbox     - Choose Folder -   Move

**Date:** Mon, 05 Nov 2001 11:54:06 -0800
**To:** "Steve Wallace" <smw46012@yahoo.com>
**From:** lruldolph@rudolphbeer.com | **Block Address** | **Add to Address Book**
**Subject:** An MP3.com Fan has sent you an email!

The following message was sent to you from a visitor to your
page on MP3.com. MP3.com is not responsible for its content.

PLAINTIFF'S EXHIBIT ___C___

---

Steve,
It's come to my attention, that you claim to have written the lyrics to
"Sometimes" sung by Britney Spears. After being hounded by the National
Enquier on this matter, I did my own investigation. My conclusion is
that you are the sole writer of the lyrics to "Sometimes." Thats why I'm
E-mailing you, so you have proof. I'm still investigating this matter.
I'll be in contact with you to let know what else I find out.


Sincerely,

Larry Rudolph

_____Brought to you by Cingular_____
                  Access at Your Fingertips

Entertainment, Games, Ringtones & Travel
Hunt for movie times, play a game, download ringtones, buy a
ticket or book a flight by checking out some of our
partners: The Wonders of the Wireless Web Anytime, Anywhere.
Search the wireless Web for destinations that you want to
access.

http://click.mp3.com/c/n_000000000/t_do8Z/u_www.mywirelesswindow.com/

---

Click a ☺ to send an instant message to an online friend     ☺ = Online, ☹ = Offline

Delete | Next | Inbox     - Choose Folder -   Move
Reply | Reply All | Forward | as attachment     **Download** Attachments