PLAINTIFF'S EXHIBIT ___D___



