# PLAINTIFF'S EXHIBIT E

U.S. Copyright Office - Search Records Results                Page 1 of 1

Search Records Results

Registered Works Database (Author Search)
**Search For:** WALLACE, STEVE, 1970-
*1 Item*

---

1. Registration Number: PAu-2-796-154
             Title: Sometimes.
       Description: 1 p.
              Note: Song lyrics.
          Claimant: [Author and claimant] Steve Wallace , 1970-
           Created: 1990
        Registered: 7Oct03
      Special Codes: 3/M

---

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000