AO 440  (Rev. 10/93) Summons in a Civil Action

# United States District Court

District of _____

STEVE WALLACE

**SUMMONS IN A CIVIL CASE**

V.

BRITNEY SPEARS;
SONY/BMG MUSIC PUBLISHING, INC;
ZOMBA RECORDING CORPORATION ET AL;   CASE
JIVE RECORDS; AND
GRANTSVILLE PUBLISHING, LTD.

## 1 :05-cv-0660-JDT-WTL

TO: (Name and address of Defendant)

BRITNEY SPEARS
137-139 W.  25th Street
New York, NY 10001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John D. Ritchison
Ritchison Law Offices, PC
115 East Ninth Street, Suite A
Anderson, IN 46016-1509

an answer to the complaint which is herewith served upon you, within _____26_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204, within a reasonable period of time after service.

CLERK

CLERK _____     DATE     MAY  0 5 2005

(By) DEPUTY CLERK

AO 440  (Rev. 10/93) Summons in a Civil Action

# United States District Court

District of _____

STEVE WALLACE

**SUMMONS IN A CIVIL CASE**

V.

BRITNEY SPEARS;
SONY/BMG MUSIC PUBLISHING, INC;
ZOMBA RECORDING CORPORATION ET AL;   CASE
JIVE RECORDS; AND
GRANTSVILLE PUBLISHING, LTD.

**1 :05-cv-0660-JDT-WTL**

TO: (Name and address of Defendant)

SONY/BMG MUSIC PUBLISHING, INC
550 Madison Avenue
Madison, NY 10022-3301

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John D. Ritchison
Ritchison Law Offices, PC
115 East Ninth Street, Suite A
Anderson, IN 46016-1509

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204, within a reasonable period of time after service.

CLERK

_____
CLERK

MAY 0 5 2005

_____
DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

District of _____

STEVE WALLACE

**SUMMONS IN A CIVIL CASE**

V.

BRITNEY SPEARS;
SONY/BMG MUSIC PUBLISHING, INC;
ZOMBA RECORDING CORPORATION ET AL;   CASE
JIVE RECORDS; AND
GRANTSVILLE PUBLISHING, LTD.

## 1 :05-cv-0660-JDT-WTL

TO: (Name and address of Defendant)

ZOMBA RECORDING CORPORATION
137-139 W.   25th Street
New York, NY 10001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John D. Ritchison
Ritchison Law Offices, PC
115 East Ninth Street, Suite A
Anderson, IN 46016-1509

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204, within a reasonable period of time after service.

**CLERK**

MAY 0 5 2005

| CLERK | DATE |
|---|---|

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

District of _____

STEVE WALLACE

**SUMMONS IN A CIVIL CASE**

V.

BRITNEY SPEARS;
SONY/BMG MUSIC PUBLISHING, INC;
ZOMBA RECORDING CORPORATION ET AL;   CASE
JIVE RECORDS; AND
GRANTSVILLE PUBLISHING, LTD.

## 1:05-cv-0660-JDT-WTL

TO: (Name and address of Defendant)

JIVE RECORDS
137-139 W.   25th Street
New York, NY 10001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John D. Ritchison
Ritchison Law Offices, PC
115 East Ninth Street, Suite A
Anderson, IN 46016-1509

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204, within a reasonable period of time after service.

**CLERK**

MAY 0 5 2005

CLERK                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

District of _____

STEVE WALLACE

V.

**SUMMONS IN A CIVIL CASE**

BRITNEY SPEARS;
SONY/BMG MUSIC PUBLISHING, INC;
ZOMBA RECORDING CORPORATION ET AL;   CASE
JIVE RECORDS; AND
GRANTSVILLE PUBLISHING, LTD.

## 1 :05-cv-0660-JDT-WTL

TO: (Name and address of Defendant)

GRANTSVILLE PUBLISHING, LTD.
137-139 W.  25th Street
New York, NY 10001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John D. Ritchison
Ritchison Law Offices, PC
115 East Ninth Street, Suite A
Anderson, IN 46016-1509

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204, within a reasonable period of time after service.

CLERK

MAY 0 5 2005

CLERK

DATE

(By) DEPUTY CLERK