UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STEVE WALLACE,. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CAUSE NO. 1:05-cv-660-JDT-WTL |
| | ) |
| BRITNEY SPEARS, et al | ) |
| | ) |
| Defendants. | ) |

## ORDER TO SHOW CAUSE

The Plaintiff is hereby ORDERED TO SHOW CAUSE, on or before July 5, 2005 why this cause of action should not be dismissed for failure of the Plaintiff to prosecute its claim against all defendants, pursuant to Rule 41(b), Federal Rules of Civil Procedure.

ALL OF WHICH IS ORDERED this 17th day of June 2005.

 John Daniel Tinder, Judge
 United States District Court

Electronically sent to:

Gavin P. Lentz
glentz@bochettoandlentz.com

Hon. William T. Lawrence

John D. Ritchison
jdritchison@insightbb.com

Copy mailed to:

George Bochetto
BOCHETTO & LENTZ, P.C.
1524 Locust Street
Philadelphia, PA 19102