# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA

STEVE WALLACE
608 Woodlawn Drive
Anderson, IN 46012

      Plaintiff

v.

BMG MUSIC PUBLISHING, N.A., INC.
550 Madison Avenue
Madison, NY 10022-3301
  and
ZOMBA ENTERPRISES, INC.
137-139 W. 25th Street
New York, NY 10001

      Defendants.

CIVIL ACTION NO.
1:05-CV-0660-JDT-WTL

JURY TRIAL DEMANDED

## STIPULATION AMENDING CAPTION AND EXTENDING TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

The following defendants shall be dismissed from this Complaint: Britney Spears, Zomba Recording Corporation, Zomba Songs, Inc., Jive Records and Grantsville Publishing, Ltd. The caption shall be amended so the sole defendants are <u>BMG Music Publishing, N.A., Inc. and Zomba Enterprises, Inc.</u> In exchange for this Stipulation, while Defendants deny liability in all respects, Defendants will not argue in this action that any of the dismissed defendants are in any way responsible for these claims or that the remaining parties are not the proper parties in the event that liability is found.

Plaintiff agrees to extend the time within which a response must be filed to the Complaint for ninety (90) days from this Stipulation, September 25, 2005. Defendants, BMG

Music Publishing, N.A., Inc. and Zomba Enterprises, Inc. accept service of the Complaint reserving all rights.

Date: 6/27/05

Gavin P. Lentz, Esquire
Bochetto & Lentz, P.C.
1524 Locust Street
Philadelphia, PA 19102
(215)735-3900
Attorney for Plaintiff

Date: 6/27/05

David Baum, Esquire
Sonnenschein Nath & Rosenthal, LLP
1221 Avenue of the Americas, 25th Fl.
New York, NY 10020-1089
(212)768-6700
Attorney for Defendants

2