## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| STEVEN WALLACE | : | |
| | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No.: 05-CV-0660 |
| v. | : | |
| | : | |
| BRITNEY SPEARS, ET AL., | : | |
| | : | |
| Defendants. | : | **JURY TRIAL DEMANDED** |
| | : | |

## BOCHETTO & LENTZ, P.C.'S MOTION TO WITHDRAW AS COUNSEL

**AND NOW**, Come, Bochetto & Lentz, P.C., counsel to Plaintiff Steven Wallace ("Plaintiff"), and hereby moves this Honorable Court for permission to withdraw as counsel pursuant to Local Rule 83.7 (c) of the Southern District Court of Indiana, and in support thereof aver as follows:

1.      This copyright litigation was instituted on or about May 5, 2005 by Plaintiff Steven Wallace (Mr. Wallace") against numerous Defendants, including Grantsville Publishing, Ltd., Britney Spears, Sony/BMG Musoc Publishing, Inc., Zomba Recording Corporation , Zomba Enterprises, Inc., Zomba Songs, Inc., and Jive Records ("The Spears Defendants"). (*See* copy of Civil Docket, attached hereto as Exhibit "A.")

2.      On May 5, 2005, local counsel, John D. Ritchison, Esquire ("Mr. Ritchison") entered his appearance on behalf of Plaintiff.

3.      On or about May 10, 2005, the Honorable John Daniel Tinder granted Petitioners, George Bochetto, Esquire and Gavin P. Lentz, Esquire motion to appear *pro hac vice* on behalf of Plaintiff.

4.      On or about September 27, 2005, the Honorable William T. Lawrence approved the parties' stipulation to extend Defendants' time to respond to Plaintiffs' Complaint.

5.      Petitioners hereby request this Honorable Court to withdraw their appearance pursuant to Local Rule 83.7.

6.      Local Rule 83.7(b) provides:

> Counsel desiring to withdraw his/her appearance in any action shall file a petition requesting leave to do so. Such petition shall fix a date for such withdrawal, and petitioning counsel shall file with the Court satisfactory evidence of written notice to his/her client at least (5) days in advance of such withdrawal date.

7.      Additionally, Local Rule 83.7(c) provides the following:

> A withdrawal of appearance when accompanied by the appearance of other counsel shall constitute a waiver of the provisions of paragraph (b) of this Rule.

8.      Petitioners seek withdrawal of counsel pursuant to Local Rule 83.7(c).

9.      Because local counsel ("Mr. Ritchison") continues to represent Plaintiff, Plaintiff Steven Wallace will not be without legal representation.

10.     Furthermore, no prejudice will befall on Plaintiff as this case is in the early stages of prosecution and no trial date has been set.

11.     As of the date of the filing of this petition, no answer has been filed by any of the Defendants.

**WHEREFORE**, Bochetto & Lentz, P.C. hereby requests that the attached Order be signed, permitting Bochetto & Lentz, P.C. to withdraw as counsel for Plaintiff Steven Wallace.

Respectfully submitted,

**BOCHETTO & LENTZ, P.C.**

By:_____

Gavin P. Lentz, Esquire
1524 Locust Street
Philadelphia, PA 19102
(215) 735-3900

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| STEVEN WALLACE | : | |
| | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No.: 05-CV-0660 |
| v. | : | |
| | : | |
| BRITNEY SPEARS, ET AL., | : | |
| | : | |
| Defendants. | : | **JURY TRIAL DEMANDED** |
| | : | |

**BOCHETTO & LENTZ, P.C.'S MEMORANDUM OF LAW IN**
**SUPPORT OF ITS MOTION TO WITHDRAW AS COUNSEL**

Bochetto & Lentz, P.C., respectfully submits this memorandum of law in support of its

Motion to Withdraw as Counsel pursuant to Eastern District of Indiana Local Rule 5.1(c),

Bochetto & Lentz, P.C. seeks permission from this Honorable Court to withdraw as counsel.

## I.    BACKGROUND

This copyright litigation was instituted on or about May 5, 2005 by Plaintiff Steven

Wallace (Mr. Wallace") against numerous Defendants, including Grantsville Publishing, Ltd.,

Britney Spears, Sony/BMG Musoc Publishing, Inc., Zomba Recording Corporation , Zomba

Enterprises, Inc., Zomba Songs, Inc., and Jive Records ("The Spears Defendants").  On May 5,

2005, local counsel, John D. Ritchison, Esquire ("Mr. Ritchison") entered his appearance on

behalf of Plaintiff.  On or about May 10, 2005, the Honorable John Daniel Tinder granted

Petitioners, George Bochetto, Esquire and Gavin P. Lentz, Esquire motion to appear *pro hac vice*

on behalf of Plaintiff.  On or about September 27, 2005, the Honorable William T. Lawrence

approved the parties' stipulation to extend Defendants' time to respond to Plaintiffs' Complaint.

Petitioners hereby request this Honorable Court to withdraw their appearance pursuant to

Local Rule 83.7(c).[1]

## II.    ARGUMENT

### A.    Bochetto & Lentz, P.C. seeks leave of court to withdraw as counsel pursuant to Local Rule 83.7(c)

The Local rules for the Southern District of Indiana allow for the withdrawal of

appearance of counsel.  Specifically, pursuant to Local Rule 83.7(b):

> Counsel desiring to withdraw his/her appearance in any action shall file a petition
> requesting leave to do so.  Such petition shall fix a date for such withdrawal, and
> petitioning counsel shall file with the Court satisfactory evidence of written notice
> to his/her client at least (5) days in advance of such withdrawal date.

(*See* Local Rule 83.7(b).  Additionally, Local Rule 83.7(c) provides the following:

> A withdrawal of appearance when accompanied by the appearance of other
> counsel shall constitute a waiver of the provisions of paragraph (b) of this Rule.

Here, Petitioners seek withdrawal of counsel pursuant to Local Rule 83.7(c), because

local counsel John D. Ritchison, Esquire ("Mr. Ritchison") continues to represent Plaintiff Steven

Wallace.[2]  As such, Mr. Wallace will not be without legal representation upon petitions'

withdrawal.  Furthermore, no prejudice will befall on Plaintiff as this case is in the early stages of

prosecution, will not interfere with the administration of justice and will not delay this

prosecution. As of the date of the filing of this petition, no answer has been filed by any of the

Defendants. Consequently, Petitioner's motion to withdraw as counsel should be granted.

---

[1]    Defense counsel has not voiced any objections to Petitioner's withdrawal.

[2]    In addition, per agreement with Mr. Wallace, Petitioners are also allowed to
withdraw as counsel.

## III.   CONCLUSION

For the above-stated reasons, Bochetto & Lentz, P.C. respectfully requests that this Court

grant its Motion to Withdraw as Counsel.

Respectfully submitted,

**BOCHETTO & LENTZ, P.C.**

By: _____

Gavin P. Lentz, Esquire
1524 Locust Street
Philadelphia, PA 19102
(215) 735-3900
Attorneys for Defendant/
Counterclaim Plaintiff

Date: 10/12/05

## CERTIFICATE OF SERVICE

I, Gavin P. Lentz, Esquire, hereby certify that on October 12, 2005, I caused a true

and correct copy of the foregoing ***Bochetto & Lentz, P.C.'s Motion to Withdraw as Counsel***

to be served,, upon the following:

> David R. Baum, Esquire
> Sonnenschein Nath & Rosenthal, LLP
> 1221 Avenue of the Americas
> New York, NY 10020-1089
> *Via U.S. First Class Mail*
>
> John D. Ritchison
> Ritchison Law Offices, P.C.
> 115 East Ninth Street, Suite A
> Anderson, IN 46016-1509
> *Via Electronic Mail*

> **BOCHETTO & LENTZ, P.C.**
>
> By:_____
>        Gavin P. Lentz, Esquire