IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| STEVEN WALLACE | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No.: 05-CV-0660 |
| v. | : | |
| | : | |
| BRITNEY SPEARS, ET AL., | : | |
| | : | |
| Defendants. | : | JURY TRIAL DEMANDED |
| | : | |

## PROPOSED ORDER

**AND NOW**, this _____ day of _____, 2005, upon consideration of Bochetto & Lentz, P.C.'s Motion To Withdraw as Counsel pursuant to Local Rule 83.7 of the Southern District Court of Indiana, the response thereto, if any, and the record as a whole, it is hereby **ORDERED, ADJUDGED AND DECREED** that the Motion is **GRANTED**.

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE