# EXHIBIT "A"

# U.S. District Court
## Southern District of Indiana (Indianapolis)
### CIVIL DOCKET FOR CASE #: 1:05-cv-00660-JDT-WTL

WALLACE v. SPEARS et al
Assigned to: Judge John Daniel Tinder
Referred to: Magistrate Judge William T. Lawrence
Cause: 17:504 Copyright Infringement

Date Filed: 05/05/2005
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**
STEVE WALLACE

represented by **Gavin P. Lentz**
BOCHETTO & LENTZ P.C.
1524 Locust Street
Philadelphia, PA 19102
(215) 735-3900 ext 213
Fax: (215) 735-2455
Email: glentz@bochettoandlentz.com
*ATTORNEY TO BE NOTICED*

**George Bochetto**
BOCHETTO & LENTZ, P.C.
1524 Locust Street
Philadelphia, PA 19102
(215) 735-3900

**John D. Ritchison**
RITCHISON LAW OFFICES
115 East 9th Street
Suite A
Anderson, IN 46016
765-640-4134
Email: jdritchison@insightbb.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
SONY/BMG MUSIC PUBLISHING, INC.

**Defendant**
ZOMBA ENTERPRISES, INC

| Date Filed | # | Docket Text |
|---|---|---|
| 05/04/2005 | 7 | ***DOCKETED IN ERROR*** MAGISTRATE JUDGE's NOTICE of Availability to Exercise Jurisdiction. (DH, ) Modified on 5/6/2005 |

|  |  | (EAH, ). (Entered: 05/05/2005) |
|---|---|---|
| 05/05/2005 | 1 | COMPLAINT against Defendants, GRANTSVILLE PUBLISHING, LTD., BRITNEY SPEARS, SONY/BMG MUSIC PUBLISHING, INC., ZOMBA RECORDING CORPORATION, ZOMBA ENTERPRISES, INC., ZOMBA SONGS, INC., JIVE RECORDS with Jury Demand, filed by Plaintiff, STEVE WALLACE. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E)(PG, ) (Entered: 05/05/2005) |
| 05/05/2005 | 2 | CIVIL COVER SHEET filed by Plaintiff, STEVE WALLACE. (DH, ) (Entered: 05/05/2005) |
| 05/05/2005 | 3 | MAGISTRATE JUDGE's NOTICE of Availability to Exercise Jurisdiction. (DH, ) (Entered: 05/05/2005) |
| 05/05/2005 | 4 | Summons Issued as to GRANTSVILLE PUBLISHING, LTD., BRITNEY SPEARS, SONY/BMG MUSIC PUBLISHING, INC., ZOMBA RECORDING CORPORATION, and JIVE RECORDS. (DH, ) (Entered: 05/05/2005) |
| 05/05/2005 | 5 | RECEIPT #102-6244 in the amount of $250.00 for filing fee. (DH, ) (Entered: 05/05/2005) |
| 05/05/2005 | 6 | NOTICE of Appearance by John D. Ritchison on behalf of Plaintiff, STEVE WALLACE. (DH, ) (Entered: 05/05/2005) |
| 05/09/2005 | 8 | MOTION to Appear pro hac vice of Gavin P. Lentz by STEVE WALLACE -cs. (Attachments: # 1 Text of Proposed Order)(EAH, ) (Entered: 05/10/2005) |
| 05/09/2005 | 9 | RECEIPT #104 3100 in the amount of $ 30.00 for pro hac vice fee. (EAH, ) (Entered: 05/10/2005) |
| 05/09/2005 | 10 | MOTION to Appear pro hac vice of George Bochetto by STEVE WALLACE -cs. (Attachments: # 1 Text of Proposed Order)(EAH, ) (Entered: 05/10/2005) |
| 05/10/2005 | 11 | RECEIPT #104 3099 in the amount of $ 30.00 for pro hac vice fee. (EAH, ) (Entered: 05/10/2005) |
| 05/10/2005 | 12 | ORDER granting 8 Motion to Appear pro hac vice of Gavin P. Lentz on behalf of plaintiff. Signed by Judge John Daniel Tinder on 5/10/05 -cm. (EAH, ) (Entered: 05/10/2005) |
| 05/10/2005 | 13 | ORDER granting 10 Motion to Appear pro hac vice of George Bochetto on behalf of plaintiff. Signed by Judge John Daniel Tinder on 5/10/05 -cm. (EAH, ) (Entered: 05/10/2005) |
| 05/27/2005 | 14 | RETURN of Service by STEVE WALLACE. BRITNEY SPEARS served on 5/5/2005. (Ritchison, John) (Entered: 05/27/2005) |
| 05/27/2005 | 15 | RETURN of Service by STEVE WALLACE. SONY/BMG MUSIC PUBLISHING, INC. served on 5/5/2005. (Ritchison, John) (Entered: 05/27/2005) |
|  |  |  |

| | | |
|---|---|---|
| 05/27/2005 | 16 | RETURN of Service by STEVE WALLACE. GRANTSVILLE PUBLISHING, LTD. served on 5/5/2005. (Ritchison, John) (Entered: 05/27/2005) |
| 05/27/2005 | 17 | RETURN of Service by STEVE WALLACE. JIVE RECORDS served on 5/5/2005. (Ritchison, John) (Entered: 05/27/2005) |
| 05/27/2005 | 18 | RETURN of Service by STEVE WALLACE. ZOMBA RECORDING CORPORATION, ZOMBA ENTERPRISES, INC., ZOMBA SONGS, INC. served on 5/5/2005. (Ritchison, John) (Entered: 05/27/2005) |
| 06/17/2005 | 19 | ORDER TO SHOW CAUSE Show Cause Response due by 7/5/2005. Signed by Judge John Daniel Tinder on 6/17/05 -cm. (EAH, ) (Entered: 06/17/2005) |
| 06/27/2005 | 20 | STIPULATION *among Plaintiff & Defendants* by STEVE WALLACE. (Ritchison, John) (Entered: 06/27/2005) |
| 06/29/2005 | 21 | ORDER GRANTS Stipulation Amending caption and extending time to respond to plaintiff's complaint. Signed by Judge John Daniel Tinder on 6/29/05 -cm. (EAH, ) (Entered: 06/29/2005) |
| 09/26/2005 | 22 | STIPULATION *for Extension of Time to Respond to Plaintiff's Complaint* by STEVE WALLACE. (Ritchison, John) (Entered: 09/26/2005) |
| 09/27/2005 | 23 | ORDER GRANTS 22 Stipulation extending time, thru 11/07/05, to respond to complaint. Signed by Judge William T. Lawrence on 09/27/2005. c/m WTL (TMA, ) (Entered: 09/27/2005) |

**Case#: 1:05-cv-00660-JDT-WTL**

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/07/2005 09:23:36 | | | |
| PACER Login: | bl0094 | Client Code: | wallace |
| Description: | Docket Report | Search Criteria: | 1:05-cv-00660-JDT-WTL |
| Billable Pages: | 2 | Cost: | 0.16 |

**BOCHETTO & LENTZ, P.C.**
By: Gavin P. Lentz, Esquire
   George Bochetto, Esquire
Attorney I.D. Nos.: 53609, 27783
1524 Locust Street
Philadelphia, PA 19102
(215) 735-3900

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## CIVIL DIVISION

| | |
|---|---|
| **STEVE WALLACE** | :  |
|             Plaintiff, | :  CIVIL ACTION NO. 05-cv-00660 |
| v. | : |
| **BRITNEY SPEARS, et al.** | :  JURY TRIAL DEMANDED |
|             Defendants. | : |

### ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

This cause has come before the Court upon the motion of GEORGE BOCHETTO, counsel for Steve Wallace, for permission to appear and participate *pro hac vice* in the above-entitled cause only. Being fully advise, it is now

ORDERED that the motion be, and hereby is GRANTED.

Date: 05/10/2005

_____
John Daniel Tinder, Judge
United States District Court

cc: Counsel of Record