# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| STEVEN WALLACE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BMG MUSIC PUBLISHING, INC. and ZOMBA ENTERPRISES, INC.,<br><br>　　　　　Defendants. | 1:05-CV-0660-JDT-WTL<br><br>**STIPULATION**<br><br>**GRANTED.** This cause is dismissed with prejudice.<br><br>　　　　　　/s/<br>John Daniel Tinder, Judge<br><br>Date:　　10/31/2005 |

It is hereby stipulated by and between the undersigned counsel for the parties hereto, that:

1.　The above-captioned action is dismissed with prejudice and without costs to all parties.

2.　This stipulation shall be binding on and shall inure to the benefit of all parties and their respective successors and assigns.

3.　This stipulation may be executed in counterparts and by facsimile by the parties hereto.

IN WITNESS HEREOF, the parties, through their counsel, have executed this stipulation as of the date herein set forth below.

Dated: October 31, 2005

| | |
|---|---|
| SONNENSCHEIN NATH & ROSENTHAL LLP | JOHN D. RITCHISON LAW OFFICES |
| By: _____/David R. Baum/_____<br>　　　David R. Baum<br>1221 Avenue of the Americas<br>New York, New York  10020<br>(212) 768-6700<br><br>Attorneys for Defendants | By: _____/John D. Ritchison/__<br>　　　John D. Ritchison<br>(Indiana Bar #12066-48)<br>115 E. 9th St., Suite A<br>Anderson, IN 46016<br><br>Attorneys for Plaintiff |

17493013\V-1